In the Matter of the Claim of Retta M. Naylor, Claimant. Shuron Optical Company, Inc., Respondent; Edward Corsi, as Industrial Commissioner, Appellant.

Argued January 7, 1954; decided March 4, 1954.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Wendell P. Brown* of counsel), for appellant.

*Wilbur Daniels* and *Morris P. Glushien* for New York State Federation of Labor, *amicus curiæ,* in support of appellant's position.

*Herman A. Gray* for New York State CIO Council, *amicus curiæ,* in support of appellant's position.

*George R. Fearon* and *Vincent A. O'Neil* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.